IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00464-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARTIN EFRAIN ARRAZOLA-SIERRA,
  a/k/a Marvin Mejia,
  a/k/a Donie Castro-Lopez,
  a/k/a Jose Lopez-Martinez,

    Defendant.

## ORDER SETTING TRIAL DATE

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **December 15, 2006** and responses to these motions shall be filed by **December 22, 2006**.  It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **Friday, January 26, 2007 at 9:30 a.m.**  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion.  It is

FURTHER ORDERED that a three-day jury trial is set for **Monday, February 5, 2007 at 1:30 p.m.**

DATED:  December 1, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge