IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00464-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARTIN EFRAIN ARRAZOLA-SIERRA,
  a/k/a Marvin Mejia,
  a/k/a Donie Castro-Lopez,
  a/k/a Jose Lopez-Martinez,

    Defendant.

## ORDER SETTING CHANGE OF PLEA HEARING

This matter is before the Court on defendant's Notice of Disposition (Dkt. # 12), filed December 19, 2006.  Counsel for the parties have failed to contact Chambers, as directed by Minute Order dated December 20, 2006 (Dkt. # 13), to set this matter for a change of plea hearing.  It is therefore

ORDERED that a Change of Plea hearing in this matter is set for **Tuesday, February 20, 2007 at 8:15 a.m.**  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers and to the Probation Department no later than **noon on February 16, 2007.**  <u>If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy</u>.  The original and one copy

of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).

DATED: January 25, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge